IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN B. THOMPSON,

    Plaintiff,

vs.                                    Case No. 4:10cv309-RH/WCS

FLORIDA SUPREME COURT,
THE FLORIDA BAR, and
FLORIDA BOARD OF BAR EXAMINERS,

    Defendants.

                                          /

## O R D E R

    Plaintiff, pro se, filed a complaint for declaratory and injunctive relief, doc. 1, on July 23, 2010.  Plaintiff simultaneously paid the filing fee for this case.

    This order is entered to advise Plaintiff that the Clerk of Court will issue summons for the three named Defendants.  It is Plaintiff's responsibility[1] to serve the Defendants with a copy of the complaint.  Fed. R. Civ. P. 4(c)(1).  Service must be accomplished within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4(c),(m).  That time is

---

[1] Plaintiff may file a motion requesting assistance, Fed. R. Civ. P. (c)(2), although it should not be necessary as Plaintiff has been a licensed attorney for many years.  Doc. 1, p. 3.

hereby extended to 120 days from the date that this order is entered on the docket pursuant to Rule 4(m).

To effect service of process, Defendants must be personally delivered a copy of the complaint and summons that will be issued to Plaintiff by the Clerk of this Court. Such personal delivery may be made by anyone who is at least 18 years of age and <u>is not a party to this action</u>. Process servers may be found under that heading in the yellow pages of the telephone book. Plaintiff is responsible for having the summons and complaint served within 120 days. FED. R. CIV. P. 4(c)(1). Thereafter, Plaintiff is required to provide proof of service to the court. FED. R. CIV. P. 4(l)(1).

Accordingly, it is hereby

**ORDERED:**

1. The Clerk of Court shall forthwith issue summons for each of the Defendants and deliver the summons to Plaintiff, who shall be responsible for making identical copies of the complaint for service upon the Defendants.

2. Plaintiff shall serve each Defendant with summons and the complaint within 120 days.

3. After a response to the complaint has been filed by the Defendants, Plaintiff shall be required to mail to the attorney for the Defendants a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a "certificate of service" which states the date a correct copy of the paper was mailed to the Defendants or to the attorney representing the Defendants. After a response to the complaint has been filed

by the Defendants, any paper submitted for filing which does not contain a "certificate of service" shall be returned by the Clerk's Office and disregarded by the Court.

    4.  The Clerk of Court shall return this file to me upon receipt of an answer to the complaint or other response from the Defendants, upon the filing of either an executed or unexecuted summons, or no later than October 26, 2010.

    **DONE AND ORDERED** on July 29, 2010.

    **s/    William C. Sherrill, Jr.**
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**