UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:10cv309-RH/WCS

JUDGE R. HINKLE/MAGISTRATE JUDGE W.C. SHERRILL, JR.

JOHN B. THOMPSON,

        Plaintiff,

v.

FLORIDA SUPREME COURT,
THE FLORIDA BAR, and
FLORIDA BOARD OF BAR EXAMINERS,

        Defendants.

PLAINTIFF'S VERIFIED MOTION TO DISQUALIFY JUDGE AND MAGISTRATE

COMES NOW plaintiff, John B. Thompson (Thompson) and moves for the disqualification of the judge and magistrate herein, pursuant to the applicable Rules of Federal Procedure, stating:

Both the judge and magistrate judge assigned to this case must be removed, both as to their particular disqualifications and as to a broader disqualification. First, as to the particular:

Based upon information obtained from independent third parties, Judge Hinkle, before he was elevated to the federal bench, was counsel for the Florida Board of Bar Examiners. His prior representation of one of the defendants, his likely bias as a result, as well as his prior knowledge of certain facts at issue all disqualify him.

Magistrate Judge Sherrill, similarly impacted, used to work for the Attorney General of the State of Florida, and while there authored a remarkably broad, pro-state

1

opinion on the issue of sovereign immunity that in effect serves as carte blanche for the state of Florida to violate all the legal and constitutional rights of its residents with no recourse whatsoever. His prior representation and bias disqualify him in this case, given who the parties are.

More broadly, the Chief Judge of the Eleventh Circuit Court of Appeals entered an order dated April 2, 2010, which serves to make it abundantly clear that no federal judge who is a member of The Florida Bar, as both the judge and magistrate herein are, can preside over this case brought by this plaintiff. Take a look at Chief Judge Dubina's attached order, along with the two other related orders as to the presently pending case brought by Thompson in the Middle District. Of particular import is the correct assertion by Magistrate Judge Baker that "As all judges in this district have the same disqualification in this matter, it is respectfully suggested that the newly assigned District Judge request a magistrate outside of this district, if needed."

The "same disqualification" is the fact that any federal judge in the state of Florida is a member of The Florida Bar and thus by membership presumed biased against plaintiff, particularly in light of The Florida Bar's pathological obsession and vendetta against Thompson, which has resulted in the payment of damages to Thompson.

All Florida judges were disqualified from Thompson's Middle District Case, by the way, before the complaint and summonses were ever served on the defendants therein.

Judge Hinkle and Magistrate Sherrill can certainly refuse to disqualify themselves from this case if they so choose in response to this motion. They will then be removed by other means.

2

WHEREFORE, plaintiff Thompson moves for the disqualification of the judge and magistrate herein, to be accompanied by a request, as in the Middle District, to the Chief Judge of the Eleventh Circuit, for the assignment of this case to a judge who is not a member of The Florida Bar.

I solemnly swear, under penalty of perjury, that the foregoing facts are true, correct, and complete, so help me God. *JB Thompson*

I HEREBY CERTIFY that, as a courtesy, this pleading is provided by mail to Clerk Tom Hall, Florida Supreme Court, 500 South Duval Street, Tallahassee, FL 32399, Executive Director Jack Harkness, The Florida Bar, 651 E. Jefferson St., Tallahassee FL 32399, and FBBE, 1891 Eider Court, Tallahassee FL 32399.

*JB Thompson*
JOHN B. THOMPSON
Plaintiff Pro Se
5721 Riviera Drive
Coral Gables, Florida 33146
Phone: 305-666-4366
amendmentone@comcast.net

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN B. THOMPSON,

        Plaintiff,

-vs-                                            Case No. 6:10-cv-442-Orl-31DAB

THE FLORIDA BAR and THE FLORIDA
SUPREME COURT,

        Defendants.

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter and request that this case NOT be reassigned to a magistrate in this district. As all judges in this district have the same disqualification in this matter, it is respectfully suggested that the newly assigned District Judge request a magistrate outside of this district, if needed.

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2010.

                                                  *David A. Baker*
                                                DAVID A. BAKER
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Hon. Dudley H. Bowen, Jr., assigned presiding judge
Counsel of Record
Unrepresented Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN B. THOMPSON,

    Plaintiff,

-vs-                                  Case No. 6:10-cv-442-Orl-31KRS

THE FLORIDA BAR
and THE FLORIDA SUPREME COURT,

    Defendants.
_____/

ORDER

This case is STAYED pending direction from the Chief Judge of the Court of Appeals for the Eleventh Circuit regarding reassignment.

DONE and ORDERED in Chambers, in Orlando, Florida on April 1, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party
Division Manager

ANNE C. CONWAY
United States District Judge

# DESIGNATION OF UNITED STATES JUDGE

# FOR SERVICE WITHIN THE CIRCUIT

6:10-mc-45-Orl

The Honorable Dudley H. Bowen, Jr., Southern District of Georgia, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Middle District of Florida in the case of *Thompson v. The Florida Bar and the Florida Supreme Court*, Case No. 6:10-cv-442-Orl-31KRS.

NOW THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 292(a) and 294(c), I do hereby designate and assign the Honorable Dudley H. Bowen, Jr. to perform the duties of district judge in the United States District Court for the Middle District of Florida in the case of *Thompson v. The Florida Bar and the Florida Supreme Court*, Case No. 6:10-cv-442-Orl-31KRS.

/s/ J. F. [signature]
Chief Judge
Eleventh Circuit Court of Appeals

Dated: April 2, 2010