# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHN B. THOMPSON,

    Plaintiff,

vs.                                                         Case No. 4:10cv309-SPM/WCS

FLORIDA SUPREME COURT,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 28). The Parties were furnished copies and both have filed objections (docs. 29, 30). Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a de novo determination of those portions to which an objection has been made. Despite the objections, the Court finds that the Report and Recommendation is legally accurate and should be adopted.

Accordingly, it is ORDERED AND ADJUDGED:

1.     The Magistrate Judge's Report and Recommendation (doc. 28) is *adopted and incorporated* by reference into this order.

2.     Plaintiff's complaint is hereby *dismissed with prejudice*.

3.     The Defendant's Motion for Injunctive Relief (doc. 23) is *denied*.

4. All other pending motions are **denied as moot**.

DONE AND ORDERED this twentieth day of October, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge